COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-11-00258-CR

Style:      Jeremy Thomas v. The State of Texas

Date motion filed[*]:      October 29, 2014

Type of motion:      Second and Final Motion for Extension for 14 Days

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

If motion to extend time:

     Original due date:      September 11, 2014

     Number of extensions granted:      1      Current Due date: October 29, 2014

     Date Requested:      November 12, 2014

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: November 12, 2014

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     **On October 1, 2014, the Clerk of this Court granted appellant's first motion for extension of time to file appellant's brief with no further extensions to be granted. Because this case was recently reinstated on August 12, 2014, and appellant states that this is her final motion and only seeks 14 days, this motion is granted. Accordingly, the motion is granted with no further extensions, but we inform counsel that if appellant's brief is not filed by November 12, 2014, we will abate this case for a hearing under Texas Rule of Appellate Procedure 38.8(b)(2).**

Judge's signature: /s/ Evelyn V. Keyes

                 ☐ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: November 4, 2014

November 7, 2008 Revision